

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gary M. Prater,

Vs. No. 11-23-00178-CV

5L Properties,

* From the 259th District Court
of Jones County,
Trial Court No. 025051.

* August 29, 2025

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the judgment of the trial court insofar as it awards declaratory relief to Gary M. Prater regarding the enforceability of the lease. We reverse the judgment of the trial court with respect to 5L Properties' counterclaim for usury and render judgment that 5L Properties take nothing in connection with the same claim. Finally, we reverse and remand Gary M. Prater's claim for breach of the lease to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against 5L Properties.